IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES M. FERGUSON**                                                                                  **PLAINTIFF**

**VERSUS**                                                       **CIVIL ACTION NO. 1:05cv321LG-RHW**

**ANDREW BALIUS and ALAN L. BOND**                                    **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this date, incorporated herein by reference, it is hereby,

**ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed with prejudice as malicious and for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(i) and (ii). Therefore, this dismissal will count as a "strike" under 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED** this the 11th day of January, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE